UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 SEP 15 PM 1:29

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 1:20-cv-03139 -ODD - MEH

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

JOHN CRUZ

Defendant.

## DECLARATION OF JOHN CRUZ

I, John Cruz, affirm that I am over the age of 18, duly competent to testify, and, if called to testify, would state as follows:

1. I am the defendant.

2. I am submitting this response to in regards to Allstate's complaint about losing the phone number they acquired on February 25, 2021.

3. When represented by his former attorney, William S. Finger, Cruz executed a Letter of Agency and provided necessary information to have the Allstate telephone number transferred to Allstate. This transfer was completed February 25, 2021. Cruz fulfilled his duty to transfer Allstate phone number to Allstate at this time.

4. Cruz canceled his relationship with the phone carrier and has no current account with carrier.

5. On or about March 26, 2021, Cruz was informed through legal council that there was an issue with the phone number and Allstate's phone carrier had removed the phone number from Allstate's possession.

6. On or about March 26, 2021, Cruz was contacted by Allstate's phone carrier (Vonage). Vonage wanted information on Ms. Jolene Williams whom they stated was the executive of the Cruz agency. Vonage was informed that Ms. Jolene Williams was unknown and not an executive, employee, or owner of the Cruz agency. Vonage stated this was a very serious issue since they had documents Ms. Williams signed as executive of the Cruz agency. Vonage stated this could be considered fraud. Cruz google searched 'Jolene Williams Allstate' and found out she is a representative of Allstate. Cruz has asked Allstate for information on Ms. Williams and copies of all documents used to transfer phone number from Allstate, Allstate has refused to comply.

7. Cruz, by the request of Allstate, signed all documents again to initiate another transfer of the Allstate phone number along with the last PIN number known to Cruz. Since Cruz canceled his account with carrier, this was the only information he had available to give to Allstate.

8. Allstate has repeatedly contacted Cruz demanding him to fix their problem, but Cruz has been denied access to any information with carrier. Please see Exhibit A.

9. Cruz has repeatedly asked Allstate to have a conference call with phone carriers. Allstate has refused to the phone conference call with any phone carriers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed this 15th day of September 2021.

_____
John Cruz