# EXHIBIT A

 Gmail

john cruz <jcruz369@gmail.com>

# 303-410-7220
6 messages

**Online Support** <support@nextiva.nextos.com>  Thu, Aug 26, 2021 at 5:00 PM
To: "jcruz369@gmail.com" <jcruz369@gmail.com>

Hi John,

Thank you for contacting Nextiva Online Support! Unfortunately we cannot see your name on this account as authorized user or account manager. Kindly asking you to contact someone of mentioned above in order for them to add you as authorized user. Either they can contact our support line  by  (800) 285-7995.

Thanks for contacting Nextiva Support.
Aleks



Please let us know if you have any questions or if there's anything else we can assist you with.



Thank you,


The Amazing Service Team
Phone Support:  800-285-7995
Live Chat | Submit a Ticket
Knowledge Base | Escalate a Ticket

**Have Nextiva App or work-from-home questions? Join a webinar!**
We demonstrate key features, followed by a live Q&A session with our support team, when you can ask questions via chat.  You can also view previously recorded webinars.
Click here to view our Webinars page.

CONFIDENTIALITY NOTICE: The information contained in this email, including any attachment(s), is confidential information that may be privileged and exempt from disclosure under applicable law, and is intended only for the exclusive use by the person(s) mentioned above as recipient(s).  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is strictly prohibited and may be unlawful. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

---

**john cruz** <jcruz369@gmail.com>  Thu, Aug 26, 2021 at 5:33 PM
To: jhelfrich@allen-vellone.com