FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:03 pm, Dec 27, 2021
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03139-DDD-MEH

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JOHN CRUZ,

    Defendant.

## DEFENDANT RESPONSE TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS FROM DEFENDANT

Defendant John Cruz, by and through himself as self counsel, hereby responds to Plaintiffs Third Set of Interrogatories to Plaintiff as follows:

### REQUEST NO. 1.

All documents and communications received by you in response to any subpoens issued by you to any third party in connection with this litigation.

### RESPONSE:

Objection. This information is overly broad, too vague and unduly burdensome. This information is futile. All information is already with Allstate as the email domain @allstate.com is owned by Allstate. All information is already within Allstate. This information was requested in interrogatories to Allstate from Defendant. Plaintiff denied. Information will be available after investigation, after subpoenas completion.

2

**REQUEST NO. 2.**

All communications, included but not limited to emails exchanges, between Allstate and any third party relating to a subpoena for documents issued in connection with this litigation.

**RESPONSE:**

Objection. This information is overly broad, too vague and unduly burdensome. This information and not limited to emails is futile. All information and not limited to emails is already with Allstate. Email domain @allstate.com. All information is already within Allstate. This information was requested in interrogatories to Allstate from Defendant. Plaintiff denied. Information will be available after investigation, after subpoenas completion.

DATED: December 27, 2021

JOHN CRUZ SELF-COUNSEL
By: /s/ John Cruz
John Cruz
Sara Eber Fowler
408 Widgeon Drive
Longmont, CO 80503
Tel: (303) 570-8925
jcruz369@gmail.com
Self- Counsel for Defendant John Cruz

## CERTIFICATE OF SERVICE

      The undersigned, self-councel, John Cruz states that on December 27, 2021, he caused a true and correct copy of the foregoing defendants's Response to Third Set of Requests for Production of Documents was filed via ICCES, with service to the following: Plaintiff to be served via email:

BesmaFakhri
233 South Wacker
Drive Chicago, IL
60606-6448 (312)
460-5000
(312) 460-7000
bfakri@seyfarth.com

**Self -Counsel for defendant John Cruz**