**Plaintiff's Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03139-DDD

ALLSTATE INSURANCE COMPANY,

        Plaintiff,

v.

JOHN CRUZ,

        Defendant.

## DECLARATION OF CATHERINE DAVIS

I, Catherine Davis, affirmatively state that I am over the age of 18, of sound mind and body, and, if called to testify, would state as follows:

1. I am an Allstate Insurance Company ("Allstate") Exclusive Agent and have been for approximately seventeen years. My Allstate Exclusive Agency, Davis Financial & Insurance Group, operates a sales location at 245 Century Circle, Suite 203, Louisville, Colorado.

2. I am familiar with John Cruz ("Cruz") as a former Allstate Exclusive Agent. After Cruz's Exclusive Agency Agreement ("EA Agreement") with Allstate was terminated, the Allstate book of business he formerly serviced was ceded to me.

3. Although Cruz's EA Agreement was terminated, Cruz continues to hold himself out as an Allstate agent and continues to use the number he used while serving as an Allstate Exclusive Agent (the "Allstate telephone number").

4. In December 2020, months after Cruz's EA Agreement was terminated, I called the Allstate telephone number for Cruz's former Allstate agency. A woman answered the phone and

68213125v.1

confirmed the number I had called was Cruz's agency. She also confirmed that the agency could help with servicing Allstate policies.

5. I most recently called the Allstate telephone number on February 15, 2021. A woman again answered, stating, "Good morning; may I help you?"

6. Not only does Cruz continue to use the Allstate telephone number, several Allstate customers have canceled their Allstate insurance policies to purchase insurance products through Cruz at the new independent agency for which he works, Colorado Premier Insurance.

7. On average, in the months of January and February 2021, three (3) Allstate customers per day canceled their policies with Allstate. In total, approximately twenty-five percent (25%) of the book of business formerly serviced by Cruz has been lost.

8. Several of the Allstate customers who have recently canceled their policies have advised that they have moved their business to Cruz or have been in contact with Cruz. Further, the declaration pages submitted with some of the policy cancelations confirm that those Allstate customers are transferring their business to Colorado Premier Insurance. I understand that Colorado Premier Insurance is owned and/or operated by Cruz's wife, Denise Cruz.

9. On February 15, 2021, I received an email from a former Allstate customer advising that "John [C]ruz from [P]remier [I]nsurance" now provides her business insurance needs. A true and correct copy of this email is attached hereto as Exhibit A.

10. On February 15, 2021, I called Colorado Premier Insurance. A man answered the phone for Colorado Premier Insurance. While he did not identify himself, I recognized the man's voice as being Cruz's.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements set forth in this declaration are true and correct to the best of my knowledge and belief.

Further Declarant Sayeth Naught.


Dated this 16th day of February 2021.    *Catherine Davis*
　　　　　　　　　　　　　　　　　　　　Catherine Davis

3