**Plaintiff's Exhibit 6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 20-cv-03139

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JOHN CRUZ,

    Defendant.

## UPDATED RESPONSE TO DEFENDANT JOHN CRUZ'S RESPONSES TO PLAINTIFF'S FIFTH SET OF REQUESTS

**REQUEST NO. 1:**

All communications with any third party, including but not limited to government agencies, relating to or sending documents you have received pursuant to any subpoena issued by you in this case.

**RESPONSE:**

Objection. Title 18, code 4. Misprision of a felony. Without waiving his objection, Mr. Cruz would like to put on notice with Allstate, Mr. Cruz is preparing all documents, statements, reporting to all law enforcement agencies.

**REQUEST NO. 2:**

All documents that you received pursuant to subpoena in this case and subsequently sent to any third party, including but not limited to government agencies.

**RESPONSE:**

Objection. Title 18, code 4. Misprision of a felony.

**REQUEST NO. 3:**

All communications between you and any third party discussing any of the claims asserted by Allstate in this case.

**RESPONSE:**

Objection in that this request is over burdensome, too broad and too vague. This is attorney-client privilege as Mr. Cruz is in discussion with multiple attorneys & whistle blower complaint attorneys as stated in meeting from February 1, 2022 with Judge Hegarty.

**UPDATED RESPONSE NO. 3:**

As stated in the conference meetings with Judge Hegarty. Mr. Cruz has every right to discuss with any attorney his options and the law regarding this case. If you would like to discuss with Bendelow Law Office you can reach them at 303-837-9600.

**REQUEST NO. 4:**

All communications between you and any third party discussing any of the counterclaims asserted by you in this case.

**RESPONSE:**

Objection in that this request is over burdensome, too broad, and too vague. This is attorney-client privilege as Mr. Cruz is in discussion with multiple attorneys & whistle blower complaint attorneys as stated in meeting from February 1, 2022 with Judge Hegarty.

**UPDATED RESPONSE NO. 4:**

Refer to Updated Response NO.3.


DATED: April 22, 2022


Respectfully submitted,

*/s/ John Edward Cruz*
John Edward Cruz
**Self Counsel  for Defendant John Cruz**