# Plaintiff's Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 20-cv-03139

ALLSTATE INSURANCE COMPANY,

      Plaintiff,

v.

JOHN CRUZ,

      Defendant.

## UPDATED RESPONSE TO DEFENDANT JOHN CRUZ'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

*Formerly responded to and labeled as: Defendant John Cruz's Response to Plaintiff's Fifth Set of Interrogatories

### INTERROGATORY NO. 1:

Identify all persons with whom you have communicated about Allstate's claims against you in this case, including in your answer (a) the dates of any such communications; (b) the identity of the person(s) with whom you communicated; (c) the form of communication (e.g., phone, in-person, email, text message); and (d) the identity of all documents relating to such communications.

### RESPONSE:

Objection. Attorney client privilege. As discussed on February 1, 2022 meeting, Mr. Cruz will work with the law and government agencies according to Title 18, code 4 Misprision of Felony.

### UPDATED RESPONSE:

Subject to and without waiving his objections, Mr. Cruz objects to this Request as overly broad, over burdensome. This request provides no scope and the amount of time and expense upon Mr. Cruz to identify all, if any documents of relevance to the Plaintiff is too burdensome to the Defendant.

### INTERROGATORY NO. 2:

Identify all persons with whom you have communicated about your counterclaims against Allstate in this case, including in your answer (a) the dates of any such communications; (b) the identity of the person(s) with whom you communicated; (c) the form of communication (e.g., phone, in-person, email, text message); and (d) the identity of all documents relating to such communications.

### RESPONSE:

Objection. Attorney client privilege. As discussed on February 1, 2022 meeting, Mr. Cruz will work with the law and government agencies according to Title 18, code 4 Misprision of Felony.

**UPDATED RESPONSE:**

Subject to and without waiving his objections, Mr. Cruz objects to this Request as overly broad, over burdensome. This request provides no scope and the amount of time and expense upon Mr. Cruz to identify all, if any documents of relevance to the Plaintiff is too burdensome to the Defendant.

**INTERROGATORY NO. 3:**

Identify all persons with whom you have communicated about any documents you have collected via subpoena in this case and/or any purported illegal or unethical activity you understand those documents to show, including in your answer (a) the dates of any such communications; (b) the identity of the person(s) with whom you communicated; (c) the form of communication (e.g., phone, in-person, email, text message); and (d) the identity of all documents relating to such communications.

**RESPONSE:**

Objection. Attorney client privilege. As discussed on February 1, 2022 meeting, Mr. Cruz will work with the law and government agencies according to Title 18, code 4 Misprision of Felony.

**UPDATED RESPONSE:**

Subject to and without waiving his objections, Mr. Cruz objects to this Request as repetitive and overly broad. All subpoenas have been forwarded to Plaintiff. As subpoenas are answered, documents are forwarded to Plaintiff.

DATED: April 22, 2022

Respectfully submitted,

*/s/ John Edward Cruz*
John Edward Cruz
**Self Counsel  for Defendant John Cruz**