**Plaintiff's Exhibit 10**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 20-cv-03139

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JOHN CRUZ,

    Defendant.

---

### DECLARATION OF JESSICA CRUZ

---

Jessica Cruz, after being duly sworn, deposes and states under the pain of perjury that the following is true and accurate to the best of my knowledge an belief:

1. My name is Jessica Cruz and I am giving this statement based on my own personal knowledge and observations.

2. On August 26, 2020 I was present when two individuals from Allstate Insurance Company came to the insurance office of John Cruz in Broomfield Colorado.

3. In addition to myself, John Cruz was present, and Tricia Hicks was present. Later the police came to the office because we called them.

4. I had begun working in the office in mid-July 2020 after receiving my insurance license in June 2020.

5. These two individuals from Allstate came to the office of Mr. Cruz on August 26, 2020 without any advance notice. I have confirmed this with Ms. Hicks and Mr. Cruz.

6. I was able to overhear portions of the conversation between these two individuals and Mr. Cruz. I heard one of the individuals tell Mr. Cruz that Allstate was terminating the Agency Agreement and that they were there to shut down the operations. They told Mr. Cruz that they were shutting down the computer access to the Allstate system that was needed to obtain information on Allstate insureds and customers in Mr. Cruz's book of business and other information on the Allstate system.

Cruz.000062

7. I observed these two individuals gather up everything with Allstate's name on it and remove those items from the office.

8. There were no customer/insured hardcopy files or hard copy customer information in the office when the two Allstate individuals came to the office on August 26, 2020. All of the customer information was stored electronically and was on the Allstate system that was shut down by Allstate. We could not access the information from August 26. 2020 forward once the system was shut down.

9. I am familiar with the file cabinets that were and are in the Broomfield Office of John Cruz. Those cabinets are still there. They are not black.

10. I have been attempting to find someone who will buy these file cabinets and know what is in the cabinets.

11. These cabinets did not contain customer/insured files or information on August 26, 2020, or at any time after that date. They held supplies.

12. The two Allstate individuals were not stopped from looking in the file cabinets. They had complete access to the file cabinets.

13. I am now working principally from home for my mother's insurance office which is Colorado Premier Insurance. Occasionally I go to that office. I do not work from the Broomfield, Colorado office of John Cruz and I do not use the former telephone number that was associated with John Cruz's Allstate business.

14. Since Allstate shut down Mr. Cruz's operations on August 26, 2020, I have received numerous calls from persons who are or were Allstate insureds. I have not solicited these calls. The calls come from relatives, friends of the family and customers who had done business with John Cruz over a number of years. My family moved to Colorado in 2006. I went to High School in Colorado and graduated from a Colorado College. The family is well known in the Longmont community.

15. Callers routinely tell me that they are upset with Allstate and the Agent, Ms. Davis, who was given the book of business that John Cruz previously had. Many of the callers tell me that they are loyal to the family and don't like the way Allstate suddenly terminated the agency relationship with John Cruz. Others tell me that they are getting calls from Allstate or people working with Ms. Davis, who are making disparaging statements about

John Cruz. Others are telling me that people working with Ms. Davis are calling and trying to sell them insurance products that they don't need or want. If asked whether I can help someone get different insurance or insurance at a lower price, I attempt to work with that person.

16. The house in which I live, and the office of Colorado Premier Insurance is not within one mile of the Broomfield office of John Cruz.

2/18/2021
Date

Jessica Cruz
Jessica Cruz

3

Cruz.000064