**Plaintiff's Exhibit 11**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 20-cv-03139

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JOHN CRUZ,

    Defendant.

## DECLARATION OF TRICIA HICKS

Tricia Hicks, after being duly sworn, deposes and states under the pain of perjury that the following is true and accurate:

1. My name is Tricia Hicks and I am giving this statement based on my own personal knowledge and observations.

2. I have been a licensed insurance agent for approximately 10 years.

3. On August 26, 2020 I was present when two individuals from Allstate Insurance Company came to the insurance office of John Cruz in Broomfield Colorado.

4. Mr. John Cruz and Jessica Cruz were also present. Later the police came to the office because we called them.

5. I worked with John Cruz for approximately 6 years. I found him to be a good person. He had an excellent relationship with the customers and insureds.

6. Mr. Cruz had developed a substantial book of business for the Agency. He had a personal relationship with many customers-insureds.

7. The two individuals from Allstate came to the office of John Cruz on August 26, 2020 without any advance notice.

8. I was able overhear portions of the conversation between Mr. Cruz and these two individuals. I heard one of the individuals tell Mr. Cruz that Allstate was terminating the

Cruz.000118

Agency Agreement and that they were there to shut down the operations. They told Mr. Cruz that they were shutting down the computer access to the Allstate system that was needed to obtain information on Allstate insureds and customers in Mr. Cruz's book of business and other information on the Allstate system.

9. Access to this system was critical. Over the two-year period before August 2020, we had made a concerted effort to go paperless.

10. I observed these two individuals gather up everything with Allstate's name on it and removed those items from the office. I had one or more direct interactions regarding the gathering of material by these two individuals. I had brought personal documents to the office and had placed the documents in a folder with Allstate's name or symbol on the folder. One of the Allstate individuals tried to take the folder and my personal documents. I had to object to this individual taking my personal documents with the folder. He ultimately took the folder and let me have my personal documents.

11. The file cabinets that were at the Broomfield Office of John Cruz are not black. They were and are brown. There were supplies stored in the cabinets.

12. Presently, I am working selling insurance. I do not use the telephone number that Mr. Cruz had for his business location in Broomfield. I am learning how the business of Colorado Premier Insurance is being conducted and what product-insurance lines it markets.

13. After Allstate shut down Mr. Cruz's operations on August 26, 2020, I have received numerous calls from persons who are or were Allstate insureds. The calls come to me on my personal phone number. The callers frequently complain about contacts that were made by the Agency that took over John Cruz's book of business, Ms. Davis or people from her agency.

14. Some callers have told me that they are upset with Allstate. Callers tell me that they don't like the way Allstate suddenly changed the agency relationship with John Cruz or not being told in advance about the change. Others tell me that they are getting calls from people working with Ms. Davis who are making disparaging statements about John Cruz. Others are telling me that people working with Ms. Davis are calling and harassing them into buying insurance products that they do not need or want.

15. If someone calls me and asks about insurance or a product other than what Allstate sells, I will try and give the consumer alternatives.

2

Cruz.000119

I declare that the above information is true and correct to the best of my knowledge, recollection, and belief, and understand and agree that this declaration is made under the penalty of perjury for any knowing untruthful or false statement.

_2-25-2021_           _Tricia Hicks_
Date                                  Tricia Hicks

Cruz.000120