**Plaintiff's Exhibit 12**

To whom it may concern:

Due to Allstate and all of the discrimination Allstate has done. The month of October is going to be a busy month. Allstate needs to be removed from all sporting events, High Schools, Colleges, The NFL, etc. I am presently in contact with County, Town, and local businesses.

Allstate used the "N" word when talking about their black man, their spokesman. After I filed EEOC CASE# 541-2021-00138, Dennis Haysbert is no longer the Allstate spokesman.

Allstate has taken my business away from me, a mixed race person and given it to a white person. Causing me to loose $100s-$1000s, my retirement.

I have filed the complaint with the EEOC. I am now asking for help from everyone to BOYCOTT Allstate and remove this racial discriminating company from or lives.

My legal fees are going to be huge, but with the help of the community we will all win.

**Please donate to: gofundme: <u>https://gofund.me/851c3b15</u>**

**PLEASE PASS ALONG THIS MESSAGE & FLYER TO EVERYONE, FACEBOOK, TWITTER, ETC.**

Thank you for your help,
**John Cruz**



# ALLSTATE

**TAKING BUSINESS FROM AGENTS OF COLOR AND GIVES IT TO WHITE AGENTS**

USING THE "N" WORD TO DISCRIBE PEOPLE OF COLOR

"PEOPLE OF COLOR ARE NOT EQUAL"

# BOYCOTT ALLSTATE

THE DARKER YOUR SKIN THE MORE YOU PAY

gofundme: https://gofund.me/851c3b15

EEOC CASE# 541-2021-00138