## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03139-NYW-MEH

ALLSTATE INSURANCE COMPANY,

                Plaintiff,

      v.

JOHN CRUZ,

                Defendant.

---

### PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL
### AND FOR EXTENSION OF TIME OF PRETRIAL DEADLINES

---

Plaintiff Allstate Insurance Company ("Plaintiff" or "Allstate"), by and through its attorneys, moves this Court pursuant to D.C.COLO.LCivR 6.1 and 7.1, for leave to substitute counsel in the above-captioned matter, for an extension of time to file the Parties' proposed Final Pretrial Order, and for a continuance of the Final Pretrial Conference. Plaintiff respectfully requests the entry of an order withdrawing the appearances of Besma Fakhri and Kristine Argentine of Seyfarth Shaw LLP and granting leave for the appearances of J. Scott Humphrey, Emily Dillingham, and Katie Burnett of Benesch, Friedlander, Coplan & Aronoff LLP to be filed on Plaintiff's behalf. Plaintiff further requests the entry of an order extending the time by which the Parties must submit their Final Pretrial Order to the Court and continuing the March 13, 2023 Pretrial Conference by 30 days. In support of this Motion, Plaintiff states as follows:

1.      Counsel of record for Plaintiff Allstate is currently Besma Fakhri and Kristine Argentine of Seyfarth Shaw LLP.

20851702 v1

2.      Plaintiff Allstate wishes to substitute J. Scott Humphrey, Emily Dillingham, and Katie Burnett of Benesch, Friedlander, Coplan & Aronoff LLP as their counsel in this litigation. J. Scott Humphrey was formerly counsel for Plaintiff before he joined Benesch, Friedlander, Coplan & Aronoff LLP (*see* Dkt. 11).  Emily Dillingham was previously admitted to the District of Colorado, and J. Scott Humphrey and Katie Burnett are seeking admission to the District of Colorado.

3.      On August 9, 2022, the Court entered a Minute Order, setting the Final Pretrial Conference for March 13, 2023 at 10:00 a.m. and directing the Parties to file their proposed Final Pretrial Order by March 6, 2023.

4.      Given the timing of this substitution, Plaintiff seeks a 30-day extension of the deadline for the parties to file their proposed Final Pretrial Order and a 30-day continuance of the Final Pretrial Conference.  Attorneys J. Scott Humphrey, Emily Dillingham, and Katie Burnett require additional time to get up to speed on this case, including by conferencing with the Defendant, John Cruz, to draft the proposed Final Pretrial Order.  Following this brief extension, Plaintiff will otherwise be able to proceed with the remainder of the case.

5.      This substitution and extension are not sought for purposes of delay and will not prejudice Defendant or the Court as a trial date has not been set and summary judgment motions are pending.

6.      Plaintiff's counsel spoke with Defendant about the substitution of counsel and a 30-day extension of the deadlines for the Final Pretrial Order and Final Pretrial Conference. Defendant advised that he does not object to the substitution of counsel or a 30-day extension of the deadlines for the Final Pretrial Order and Final Pretrial Conference.

20851702 v1

WHEREFORE Plaintiff Allstate Insurance Company respectfully requests that this Court enter an order:

a.  Withdrawing the appearances of Besma Fakhri and Kristine Argentine of Seyfarth Shaw LLP;

b.  Granting J. Scott Humphre,y Emily Dillingham, and Katie Burnett of Benesch, Friedlander, Coplan & Aronoff LLP leave to file appearances on Plaintiff's behalf;

c.  Granting a 30-day extension of the March 6, 2023 deadline for the Parties to file their proposed Final Pretrial Order;

d.  Continuing the Final Pretrial Conference by 30 days; and

e.  Any and all other relief that this Court deems proper and just.

Dated:  February 24, 2023                           Respectfully submitted,

                                                    _____/s/ Emily Dillingham_____
                                                    J. Scott Humphrey
                                                    Katie Burnett
                                                    **BENESCH, FRIEDLANDER, COPLAN &**
                                                    **ARONOFF LLP**
                                                    71 S. Wacker Dr., Suite 1600
                                                    Chicago, Illinois 60606-4637
                                                    Telephone: 312-212-4949
                                                    Facsimile:  312-767-9192

### <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on February 24, 2023, he served a copy of the foregoing on all counsel of record via electronic case filing procedures and via electronic mail upon the following:

John Cruz
408 Widgeon Drive
Longmont, CO 80503
jcruz369@gmail.com

        /s/ Emily Dillingham
One of the Attorneys for Plaintiff

4

20851702 v1