# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03139-NYW-MEH

Allstate Insurance Company,

    Plaintiff(s),

v.

John Cruz,

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Allstate Insurance Company

DATED at Denver, Colorado this 2nd day of June, 2023.

    Katie M. Burnett
    Name of Attorney

    Benesch Friedlander Coplan & Aronoff
    Firm Name
    71 S. Wacker Drive, Suite 1600
    Office Address
    Chicago, IL 60606
    City, State, ZIP Code
    (312)212.4949
    Telephone Number
    kbunrett@beneschlaw.com
    Primary CM/ECF E-mail Address

22849667 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>2nd</u> day of <u>June 2023</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

> John Cruz
> 408 Widgeon Drive
> Longmont, CO 80503
> Jcruz369@gmail.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> John Cruz
> 408 Widgeon Drive
> Longmont, CO 80503

*s/Katie M. Burnett*

22849667 v1