## MINUTE ENTRY FOR SETTLEMENT

TO:        Docketing

FROM:    Chief Magistrate Judge Michael E. Hegarty

DATE:    March 5, 2024

RE:       *Allstate Insurance Company v. Cruz*, 20-cv-03139-NYW-MEH

___ A settlement conference was held on this date, and no settlement has been reached as to any claim.

_X_ A settlement conference was held on this date, and a settlement has been reached as to:

> _X_ All claims in this action.

> ___ Claims between _____ and _____.
> These parties shall file a stipulated motion to dismiss on or before _____ , 2024.

Settlement discussion, preparation and travel time involved: **20 minutes** .

_____ A written record was made     _X_ A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____ Since the last Minute Entry for Settlement in this case, supplemental settlement discussions or negotiations were held in the above-captioned case, including phone calls and emails.

Negotiation time involved: ____ hour ___ minutes.