## 1T543UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03139-NYW-MEH

ALLSTATE INSURANCE COMPANY,

        Plaintiff,

   v.

JOHN CRUZ,

        Defendant.

---

### DECLARATION OF J. SCOTT HUMPHREY IN SUPPORT OF ALLSTATE'S MOTION TO REOPEN AND FOR FOR ORDER TO SHOW CAUSE AND ENJOIN

---

I, J. Scott Humphrey, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff LLP and I represent Plaintiff Allstate Insurance Company ("Allstate") in this action.

3. After Defendant John Cruz ("Cruz") filed his Motion to Cancel Settlement Conference, Move Pretrial Conference, and Reschedule May 6 Trial Date, my office conducted its own investigation on whether Cruz is involved in Case #21CV30140, Case #BSCO 21-796.  Based

on this investigation, I learned that Cruz is not involved in 21-cv-30140 and that BSCO-21-7196 is not a pending litigation matter.

4. I further learned that Cruz is the defendant in a pending Boulder County criminal matter, Case No. D0072022CR000258, and that Cruz's criminal trial is scheduled for April 29th.

5. On March 28, 2024, I called Cruz to discuss the false statements he is making about Allstate and his publication of Allstate's confidential information. Cruz did not answer, and I left a voicemail. I then sent Cruz a follow-up e-mail about his publication of false statements and confidential information. Attached as **Exhibit 1** is a true and correct copy of the March 28, 2024 email to Cruz. To date, he has not answered this e-mail or returned my call.

\*     \*     \*     \*

**Dated:** March 29, 2024

/s/ J. Scott Humphrey
J. Scott Humphrey
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60606-4637
Telephone: 312-212-4940
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Counsel for Allstate Insurance Company*

2