| | |
|---|---|
| **From:** | Humphrey, J. Scott |
| **To:** | john cruz |
| **Cc:** | Watson Moss, Kate; Torrice, Noelle; Burnett, Katie |
| **Subject:** | RE: Civil Action No. 20-cv-03139 - Motion |
| **Date:** | Thursday, March 28, 2024 4:14:51 PM |
| **Attachments:** | Dkt. 236 Cruz Summary Judgment (2023.09.20).pdf |
| | Dkt. 55 Cruz Protective Order (2021.02.24).pdf |

Mr. Cruz:

Pursuant to the message I left on your voicemail, I understand that you are once again making false statements about Allstate.  Specifically, we are aware of you making false statements about Allstate sharing personal customer information on the websites Identity theft protection | Personal Identity Protection | Home (pip-personalidentityprotection.com) and Personal Identity Protection (savemepip.com).   We are also aware of you making false statements about Allstate sharing personal customer information on your LinkedIn and Facebook accounts.

As you know, the court, in its summary judgment order (attached), specifically dismissed these claims against Allstate.  In doing so, the court noted that there was no evidence to support these claims and, as such, these claims were baseless.

Furthermore, you agreed to a dismissal of these claims with prejudice when the court dismissed the case on March 5th.  Accordingly, making false statements about Allstate sharing personal customer information on your websites and accounts violates the summary judgment order.  It also violates state and federal defamation law.

In addition, you have posted deposition testimony from our case on your websites.  This testimony was designated "confidential" under the protective order that governed our case (also attached) and, as such, your public disclosure of this testimony violates the protective order.

Allstate demands that you immediately cease your defamatory and false comments that Allstate shares personal customer information.  Allstate also demands that you remove all mention of Allstate from your websites and accounts—including the removal of all deposition testimony and any comment, allegation or direct or implied assertion that Allstate shares personal customer information—within the next 24 hours.  Finally, Allstate demands that you provide the names and contact information for anyone you provided this information to or any entity, such as media or advertising entity, that received, advertised or used this information.

If you do not remove the false and defamatory statements, and provide us with the requested information, in the next 24 hours, then we will take the appropriate action with the court.

Scott

vCard Bio

J. Scott Humphrey
Partner | Litigation
Chair, Trade Secrets, Restrictive Covenant and Unfair Competition Group
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6420 | shumphrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** john cruz <jcruz369@gmail.com>
**Sent:** Wednesday, February 21, 2024 9:44 AM
**To:** Humphrey, J. Scott <shumphrey@beneschlaw.com>
**Subject:** Re: Civil Action No. 20-cv-03139 - Motion

Good morning Scott I left you a phone message. Also leaving an email message. The case number you have is correct. The case in the county is from April 29 through May 3. My attorney, Jim Merson I stated the case could run over additional days.

At this case is handled by a judge due to the fact of boulders conflict of interest with Boulder judges the judge has asked and my attorney has asked to keep days open for the runover in this case, I have left you a voicemail If you have any questions, please feel free to contact Mr. Merson as he is aware you might be contacting him. Thank you.
Sent from my iPhone

On Feb 21, 2024, at 08:05, Humphrey, J. Scott <shumphrey@beneschlaw.com> wrote:

John:

Your Response states that you are on trial in Case # 21CV 30140, Case #BSCO 21-796.  We searched these case numbers in both state and federal dockets, and did not find any case meeting these docket numbers.   We did, however, find a criminal case in Boulder County where a John Cruz is listed as a defendant, Case # D72022CR258, that is scheduled for trial April 29th to May 3rd.  Are you the defendant in this criminal case?  If yes, is this the case you are referring to when you state that you will be on trial at the same time as our trial?  If no, then please let us know where Case # 21CV 30140, Case #BSCO 21-796 is pending and the parties involved in the case.

Thanks.

Scott

vCard Bio

J. Scott Humphrey
Partner | Litigation
Chair, Trade Secrets, Restrictive Covenant and Unfair Competition Group
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6420 | shumphrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** john cruz <jcruz369@gmail.com>
**Sent:** Monday, February 19, 2024 4:03 PM
**To:** Golden, Meghan <MGolden@beneschlaw.com>
**Cc:** Burnett, Katie <KBurnett@beneschlaw.com>; Humphrey, J. Scott <shumphrey@beneschlaw.com>
**Subject:** Re: Civil Action No. 20-cv-03139 - Motion

Please see attached response filed today.

John Cruz
303-570-8925

On Mon, Feb 19, 2024 at 10:09 AM Golden, Meghan <MGolden@beneschlaw.com> wrote:

> Mr. Cruz,
>
> Attached is a courtesy copy of Allstate's Motion to Cancel Settlement Conference, Continue Pretrial Conference and Hold May 6 Trial Date. Allstate filed this motion earlier today.
>
> Regards,
>
> Meghan Golden

Meghan Golden
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6378 | m: 708.870.5980
MGolden@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

<Boulder.pdf>