

## WHY WE BEGAN

**PIP-Personal Identity Protection** was created to protect the Identity of anyone who gave Allstate Insurance Company their personal information. Name, Social Security Number, Date of Birth, Drivers License. Anyone who gave their personal information to any of Allstate subsidiarity companies:





**SUBSIDIARIES OF THE ALLSTATE CORPORATION**

## ANYONE WHO GOT A WARRANTY FROM:







## ALLSTATE REPRESENTATIVES

Allstate representatives have stated under oath in Federal Court, Allstate representatives are allowed to refer/share/transfer your personal information to anyone.

Depositions of Allstate Representatives, Allstate Executives are on PIP-Personal Identity Protection website: www.pip-personalidentityprotection.com, Read what they have to say, the truth about Allstate and the corruption taking place against you.

Allstate representatives only need to follow three (3) rules:

Use Allstate electronic communication, email, phone, fax. Used to transfer your personal information

Not allowed to report to any government agency.

Only form of payment allowed to be paid to Allstate representatives, Gift Cards

## WITH OVER 63 MILLION AMERICAN IDENTITIES ALREADY STOLEN.

The public is in danger of their identity being sold to anyone. Being sold here in America and in other Countries.

Illegals are coming across the border in desperate need of American identities. Willing to pay money to get them. PIP-Personal Identity Protection is here to protect you and your Family, your identity.

**PIP-Personal Identity Protection** is here to protect you, your Family & Friends. Go to: www.pip-personalidentityprotection.com and start protection your identity today.

# PROTECT YOURSELF

Start today to safeguard your future.

ENGLISH APPLICATION

ABUSED WOMEN APPLICATION

SPANISH APPLICATION

PIP PERSONAL IDENTITY PROTECTION

Background Services Testimonials Application Schedule appointment Contact

Web design by B12

