PageVault

| | |
|---|---|
| Document title: | John Cruz \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/john-cruz-71032427/ |
| Page loaded at (UTC): | Fri, 29 Mar 2024 13:32:54 GMT |
| Capture timestamp (UTC): | Fri, 29 Mar 2024 13:33:44 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 3 |
| Capture ID: | 5jSPyWxgdiH9eVaBe7xYid |
| User: | bfca-sdelaney |

PDF REFERENCE #:    3hAGxSuTvBbjTfbxGyD5Jv

Search | Home | My Network | Jobs | Messaging | Notifications | Me | For Business | Try Premium for $0

# John Cruz (They/Them)

Author

Denver Metropolitan Area · Contact info

387 connections

Connect | Message | More

Self

Dowling College

## Activity

388 followers

Posts | Comments | Videos

John Cruz reposted this • 3w

Allstate testified to selling your personal information for Gift Cards.

2 comments

John Cruz posted this • 1mo

PIP-Personal Identity Protection was created to protect the Identity of anyone who gave Allstate Insurance Company their personal information. Name, Social Security Number, Date of Birth, Drivers License. Anyone who gave their pe ...show more

**Identity theft protection | Personal Identity Protection | Home**

pip-personalidentityprotection.com • 1 min read

John Cruz posted this • 1mo

1 repost

Show all posts →

## Experience

**Manage**
Self · Full-time
Aug 2020 - Present · 3 yrs 8 mos

**Agent Owner**
Allstate

**VP**
HSBC Commercial Banking
2008 - 2012 · 4 yrs

## Education

**Dowling College**

Other similar profiles

Dani Veno · 3rd+
Account Manager at OneSparQ
Connect

Kris Thatcher · 3rd+
Marketing Consultant at Nexstar Media Group, Inc.
Connect

Aimee Wasserman · 3rd+
Account Executive at Google
Connect

Jeffery McSpeed · 3rd+
Vice Chief Executive Officer at Spotify
Connect

Show all

You might like
Courses for you

Becoming a Great Conversationalist
Skills: Interpersonal Communication
21min
Save

Digital Accessibility for the Modern Workplace
Skills: Digital Accessibility
50min
Save

Show all

Messaging

Search Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0

1 repost

Show all posts →

## Experience

**Manage**
Self · Full-time
Aug 2020 - Present · 3 yrs 8 mos

**Agent Owner**
Allstate

**VP**
HSBC Commercial Banking
2008 - 2012 · 4 yrs

## Education

**Dowling College**
BBA, Accounting
1987 - 1991

## Skills

**Insurance**
Endorsed by Tomer Dicturel who is highly skilled at this
10 endorsements

**Property & Casualty Insurance**
4 endorsements

Show all 27 skills →

## Interests

Top Voices | Companies | Groups | Newsletters | Schools

**Dr. Jason Wingard**
Future of Work | Learning Innovation | Leading Change
284,960 followers
+ Follow

**Kevin O'Leary**
Chairman, O'Leary Ventures and Beanstox
3,850,256 followers
+ Follow

Show all Top Voices →

**Becoming a Great Conversationalist**
Skills: Interpersonal Communication
21min
Save

**Digital Accessibility for the Modern Workplace**
Skills: Digital Accessibility
50min
Save

Show all

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center
Accessibility
Careers
Ad Choices
Mobile
Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.
Manage your account and privacy
Go to your Settings.
Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2024

Messaging



