PageVault

| | |
|---|---|
| Document title: | Post \| Feed \| LinkedIn |
| Capture URL: | https://www.linkedin.com/feed/update/urn:li:activity:7163208825871794178/ |
| Page loaded at (UTC): | Fri, 29 Mar 2024 13:30:59 GMT |
| Capture timestamp (UTC): | Fri, 29 Mar 2024 13:32:40 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | o8inTioZwYvriMWikBKGWh |
| User: | bfca-sdelaney |

PDF REFERENCE #:    4QUMhPavLwb9eh8ZhGQCX7

Search | Home | My Network | Jobs | Messaging | Notifications | Me | For Business | Try Premium for $0

John Cruz
Author
+ Follow
View full profile

**John Cruz** • 3rd+
Author
1mo •

+ Follow

PIP-Personal Identity Protection was created to protect the Identity of anyone who gave Allstate Insurance Company their personal information. Name, Social Security Number, Date of Birth, Drivers License. Anyone who gave their personal information to any of Allstate subsidiarity companies: Go to: https://lnkd.in/eHqCbUtP Learn the truth.

**Identity theft protection | Personal Identity Protection | Home**
pip-personalidentityprotection.com • 1 min read
Secure your identity with proactive identity theft protection through monitoring and protection se...

Like | Comment | Repost | Send

Add a comment...

About Accessibility Help Center
Privacy & Terms Ad Choices
Advertising Business Services
Get the LinkedIn app More
LinkedIn LinkedIn Corporation © 2024

Messaging

