| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/profile.php?id=61554388389179&mibextid=AEUHqQ |
| Page loaded at (UTC): | Fri, 29 Mar 2024 13:38:13 GMT |
| Capture timestamp (UTC): | Fri, 29 Mar 2024 13:46:37 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 23 |
| Capture ID: | ude1LoA6hY1Qkb5tiT1xKs |
| User: | bfca-sdelaney |

PDF REFERENCE #:      coS46iKKR7VPubELsM7Ke9







# PIP - Personal Identity Protection

3 likes • 3 followers

🔗 **Contact us**      💬 **Message**

👍 **Like**

Posts   About   Mentions   Reviews   Followers   Photos   More ▾   ⋯

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

## Photos                          See all photos





## Posts                          ⚙ Filters

PIP - Personal Identity Protection
March 27 at 9:52 PM · ⊙                    ⋯

At PIP Personal Identity Protection, we serve as your trusted bridge to the ultimate identity protection solution—PIP Personal Identity Protection.



---

Document title: Facebook
Capture URL: https://www.facebook.com/profile.php?id=61554388389179&amp;mibextid=AEUHqQ
Capture timestamp (UTC): Fri, 29 Mar 2024 13:46:37 GMT

Page 1 of 22



## PIP - Personal Identity Protection

...

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

📍 Denver, CO, United States, Colorado

✉️ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

⭐ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

Get in Touch

🌐 WWW.SAVEMEPIP.COM

👍 Like          💬 Comment          ↗ Share

Write a comment...

**PIP - Personal Identity Protection**
2d · 🌐

Stop Identity Thieves in their tracks with the help of PIP! Visit www.savemepip.com now!



👍 Like          💬 Comment          ↗ Share

Write a comment...

**PIP - Personal Identity Protection**
3d · 🌐

Protecting yours and your loved ones identity has become easier now. Get it done ASAP with the help of PIP.

Visit www.savemepip.com now!





PIP - Personal Identity Protection  ...

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◇ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

⊕ pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos                                    See all photos

ⓘ Like          ⓞ Comment          ⇗ Share

Write a comment...

**PIP - Personal Identity Protection**
March 20 at 7:24 PM · ◔

At PIP Personal Identity Protection, we serve as your trusted bridge to the ultimate identity protection solution—PIP Personal Identity Protection. Our mission is simple: to empower individuals like you to safeguard your personal information without the complexity.

Visit our website at: www.savemepip.com



ⓘ Like          ⓞ Comment          ⇗ Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More · Meta © 2024





## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◇ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

⭐ Not yet rated (0 Reviews) ⓘ

## Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



Write a comment...

**PIP - Personal Identity Protection**
March 14 at 12:11 AM · 🌐

PIP-Personal Identity Protection was created to protect the Identity of anyone who gave Allstate Insurance Company their personal information. Name, Social Security Number, Date of Birth, Drivers License. Visit now: www.savemepip.com

👍 Like          ◯ Comment          ↪ Share

Write a comment...

**PIP - Personal Identity Protection**
March 7 at 5:49 PM · 🌐

Don't be afraid to go extra mile for your & your loved one's safety! Contact us at www.savemepip.com now & get lifetime identity protection.

Document title: Facebook
Capture URL: https://www.facebook.com/profile.php?id=61554388389179&amp;mibextid=AEUHqQ
Capture timestamp (UTC): Fri, 29 Mar 2024 13:46:37 GMT



## PIP - Personal Identity Protection

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◇ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos



MESSENGER

🔘 **Send message**

👍 Like      💬 Comment      ➤ Share

Write a comment...

**PIP - Personal Identity Protection**
March 3 at 8:05 PM · ⊙

Together, we'll build a shield around your personal information, ensuring your peace of mind in an increasingly digital world. Your security is our priority.
Visit us at www.savemepip.com

👍 Like      💬 Comment      ➤ Share

Write a comment...

**PIP - Personal Identity Protection**
February 26 · ⊙

PIP-Personal Identity Protection is here to protect you, your Family & Friends. Go to: www.pip-personalidentityprotection.com and start protection your identity today.



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024






## PIP - Personal Identity Protection

**Intro**

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

**Photos**                                    See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

---

**PIP - Personal Identity Protection**
February 18 · 🌐

CONNECTING YOU TO ULTIMATE IDENTITY PROTECTION AT PIP!
Visit our website: https://www.pip-personalidentityprotection.com/index



👍 Like          💬 Comment          ↗ Share



Write a comment...

---

**PIP - Personal Identity Protection**
February 13 · 🌐

At PIP Personal Identity Protection, we serve as your trusted bridge to the ultimate identity protection solution. Our mission is simple: to empower individuals like you to safeguard your personal information without the complexity.



---



## PIP - Personal Identity Protection

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



**PIP - Personal Identity Protection**
February 13 · 🌐

Safeguard your identity and personal data with PIP's state-of-the-art protection against growing cybercrime threats.

👍 Like      💬 Comment      ↪ Share

Write a comment...

**PIP - Personal Identity Protection**
February 12 · 🌐

YOUR IDENTITY IS COMPROMISED TO TAKE ACTION
Get connected with PIP to safeguard your identity today!

#protection #identityprotection

PERSONAL
IDENTITY
PROTECTION

Get A Free
Consultation



PIP - Personal Identity Protection    ···

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◇ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos    See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

**Get A Free Consultation**

Learn how to protect yourself and your family from identity theft.

**DM US NOW**

🌐 www.pip-personalidentityprotection.com    📞 888-436-1992

ⓘ

PIP-PERSONALIDENTITYPROTECTION.COM
**Identity theft protection | Personal Identity Protection | Home**

Book now

👍❤️😍 12                1 share

👍 Like        💬 Comment        ↪ Share

Write a comment...        🖼️ 😊 📷 GIF 🎞️

PIP - Personal Identity Protection    ···
February 6 · 🌐

At PIP Personal Identity Protection, we function as the reliable link to the ultimate solution for identity protection. Our mission is straightforward: to enable individuals, such as yourself, to secure your personal information with ease and without unnecessary complications.



👍 Like        💬 Comment        ↪ Share





## PIP - Personal Identity Protection

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍 Like          ◯ Comment          ↪ Share

Write a comment...

---

**PIP - Personal Identity Protection**
January 22 · 🌐

Our mission is simple: to empower individuals like you to safeguard your personal information without the complexity.

Learn more at: https://www.pip-personalidentityprotection.com/services

👍 Like          ◯ Comment          ↪ Share



PIP - Personal Identity Protection

**Intro**

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

**Photos**                     See all photos

👍 Like          💬 Comment          ↪ Share

**PIP - Personal Identity Protection**
January 15 · ⊘

Protecting your identity can be a bit complicated in general but with PIP, it gets as smooth as possible! Visit our website now for consultation & protect yourself and your loved ones from identity theft.

👍 Like          💬 Comment          ↪ Share

**PIP - Personal Identity Protection**
January 12 · ⊘

Protect yourself and loved ones from the crimes you didn't commit! Let PIP takeover and protect your identity. DM us for consultation.

#pip #protection





## PIP - Personal Identity Protection   ...

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😀 📷 🎬 🎁

**PIP - Personal Identity Protection**   ...
January 9 · 🌐

Still confused how to protect yourself? Get free consultation from our protection experts at PIP!



# PIP - Personal Identity Protection

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

👍 Like          💬 Comment          ↪ Share

Write a comment...          💬 😊 📷 🎬 🎁

---

**PIP - Personal Identity Protection**
January 4 · 🌐

How can you protect yourself from identity thef? Read some tips below!



👍 Like          💬 Comment          ↪ Share

Write a comment...          💬 😊 📷 🎬 🎁

---

**PIP - Personal Identity Protection**
January 1 · 🌐

As the New Year unfolds, may PIP extend its shield of protection, guarding against any threat to personal identity. Wishing you a year filled with security, trust, and peace of mind. Happy New Year, safeguarding the identities of those you serve!



PIP - Personal Identity Protection

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ℹ️ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉️ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

⭐ Not yet rated (0 Reviews) ℹ️

## Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



👍 Like          💬 Comment          ↗ Share

Write a comment...

**PIP - Personal Identity Protection**
December 27, 2023 · 🌐

Guarding your identity is our mission. Take the first step towards secure living. Click the link in our bio for a free consultation and fortify your digital world with PIP - Personal Identity Protection. 💬🌐

#IdentityProtection #FreeConsultation #ProtectWithPIP



🔍 Search Facebook

## PIP - Personal Identity Protection  ···

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

⭐ Not yet rated (0 Reviews) ⓘ

### Photos                    See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

www.pip-personalidentityprotection.com

👍 Like        💬 Comment        ↪ Share

Write a comment...        🖼 😊 📷 🎞 🎁

**PIP - Personal Identity Protection**        ···
December 25, 2023 · 🌐

Wishing you a Merry Christmas filled with joy, warmth, and the gift of secure moments. May your celebrations be wrapped in peace, and your online presence be safeguarded with the spirit of protection. 🎄🔒
#MerryChristmas #ProtectWithPIP #DigitalSafety



👍 Like        💬 Comment        ↪ Share

Write a comment...        🖼 😊 📷 🎞 🎁

**PIP - Personal Identity Protection**        ···
December 25, 2023 · 🌐

We are here to assist you with your identity protection. Visit our website & opt for free consultation now!





## PIP - Personal Identity Protection

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ℹ️ **Page** · Information Technology Company

📍 Denver, CO, United States, Colorado

✉️ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

⭐ Not yet rated (0 Reviews) ℹ️

### Photos

See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



**PIP - Personal Identity Protection**
December 21, 2023 · 🌐

Client Spotlight: Security redefined with PIP. Discover what our clients have to say about their shielded digital experiences. Your trust, our commitment. 🌐✨ #ClientFeedback #PIPProtection #DigitalSecurity







PIP - Personal Identity Protection

···

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



#ClientTestimonials #PIPProtection #DigitalSecurity

👍 Like          💬 Comment          ↗ Share

Write a comment...

**PIP - Personal Identity Protection**
December 17, 2023 · 🌐

Unlock peace of mind with PIP - Personal Identity Protection, your bridge to security. In a world where threats loom large, we stand firm, ensuring your digital journey is safeguarded. Trust us to be your beacon, guiding you to a safer and more secure online experience. 🌐🛡

#BridgeToSecurity #ProtectWithPIP #DigitalSafety

Document title: Facebook
Capture URL: https://www.facebook.com/profile.php?id=61554388389179&mibextid=AEUHqQ
Capture timestamp (UTC): Fri, 29 Mar 2024 13:46:37 GMT





PIP - Personal Identity Protection

## Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



👍 Like          💬 Comment          ➦ Share

✎ Write a comment...          🖼 😊 📷 🎬 🎁

**PIP - Personal Identity Protection**          •••
December 17, 2023 · 🌐

🤝 At PIP - Personal Identity Protection, our mission is clear: Safeguarding your identity against cyber threats. In a world where digital security is paramount, we stand as your vigilant guardians, ensuring your personal information remains yours alone. Trust PIP to fortify your digital fortress and keep cyber thieves at bay. Your identity, our priority. 🌐✨
#ProtectWithPIP #CyberSecurity #IdentityProtection



👍 Like          💬 Comment          ➦ Share

✎ Write a comment...          🖼 😊 📷 🎬 🎁



PIP - Personal Identity Protection

## Intro

PIP offers proactive identity theft protection to secure your personal information.

**Page** · Information Technology Company

Denver, CO, United States, Colorado

sales@personalidentity.info

pip-personalidentityprotection.com/index

Not yet rated (0 Reviews)

### Photos

See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

**PIP - Personal Identity Protection**
December 17, 2023 · 🌐

Introducing PIP - Personal Identity Protection, your guardian in the digital realm. Safeguarding what matters most, we redefine security and empower you to navigate the online world with confidence. 🌐✨ Welcome to a new era of personal protection!
#PIP #IdentityProtection #DigitalSafety



👍 Like          💬 Comment          ↪ Share

Write a comment...

**PIP - Personal Identity Protection** updated their profile picture.
December 13, 2023 · 🌐



## PIP - Personal Identity Protection

···

### Intro

PIP offers proactive identity theft protection to secure your personal information.

ⓘ **Page** · Information Technology Company

◈ Denver, CO, United States, Colorado

✉ sales@personalidentity.info

🌐 pip-personalidentityprotection.com/index

★ Not yet rated (0 Reviews) ⓘ

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



**PIP - Personal Identity Protection** updated their profile picture.
December 13, 2023 · 🌐

···

👍 Like          💬 Comment          ↗ Share

Write a comment...

---

Document title: Facebook
Capture URL: https://www.facebook.com/profile.php?id=61554388389179&amp;mibextid=AEUHqQ
Capture timestamp (UTC): Fri, 29 Mar 2024 13:46:37 GMT