🔒 **PageVault**

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/61554388389179/videos/2107729446250431 |
| Page loaded at (UTC): | Fri, 29 Mar 2024 16:30:45 GMT |
| Capture timestamp (UTC): | Fri, 29 Mar 2024 16:31:38 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | rAXahZKYASC32iToWn9uNX |
| User: | bfca-sdelaney |

PDF REFERENCE #:    aJXrgjMjdFEneTCsH7CpZz



Document title: Facebook
Capture URL: https://www.facebook.com/61554388389179/videos/2107729446250431
Capture timestamp (UTC): Fri, 29 Mar 2024 16:31:38 GMT