**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03139-NYW-MEH

ALLSTATE INSURANCE COMPANY,

          Plaintiff,

    v.

JOHN CRUZ,

          Defendant.

---

**WITHDRAWAL OF ALLSTATE'S MOTION FOR RULE TO SHOW CAUSE**

---

On March 29, 2024, Plaintiff Allstate Insurance Company ("Allstate") filed a Motion To Reopen Case And For Order To Show Cause And Enjoin. *See* Dkt. 274 (the "Motion"). In its Motion, Allstate asked the Court to (a) reopen this matter, (b) issue an order as to why Defendant John Cruz ("Cruz") should not be held in contempt of court for violating the Protective Order issued by the Court and the Court's dismissal order of March 5, 2024 (Dkts. 55 and 269), and (c) enjoin Cruz from making further baseless and disparaging statements about Allstate.

On April 24, this Court granted Allstate's Motion in part. (Dkt. 282). The Court "permit[ted] further proceedings in this action to the extent that Allstate seeks to hold Mr. Cruz in contempt for violation of the Protective Order." (*Id*. at p. 3). The Court ordered Cruz to show cause on or before May 15, 2024 as to why he should not be held in contempt for violation of the Protective Order. (*Id*.). The Court explained that Allstate's concerns unrelated to the Protective Order are better addressed in Allstate's other active case against Cruz. *See Allstate Insurance Company v. John Cruz et. al*., No. 24-cv-00933-NYW-MEH (D. Colo.). Accordingly, this case

1

was reopened for the limited purpose of determining the extent to which Cruz violated the Protective Order. (Dkt. 282).

Cruz filed a Motion for Extension of Time to Respond to this Court's Order. (Dkt. 284). The Court denied his request, *see* Dkt. 285, and Cruz subsequently filed his response to this Court's Order on May 23. (Dkt. 286).

Allstate conducted further investigation into the arguments made in Cruz's response and the extent to which Cruz violated the parties' Protective Order. Specifically, Allstate obtained and reviewed additional files from prior counsel. Allstate determined that its Motion is now moot based on this Court's Order and Allstate's additional investigation. Accordingly, Allstate hereby withdraws its Motion To Reopen Case And For Order To Show Cause And Enjoin, without prejudice to refiling the Motion if Defendant fails to abide by the terms of the parties' Protective Order.

**Dated:** June 6, 2024

/s/ *J. Scott Humphrey*

J. Scott Humphrey
Katie M. Burnett
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60606-4637
Telephone: 312-212-4940
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Counsel for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on June 6, 2024, he caused a true and correct copy

of the foregoing to be served via email and U.S. Mail upon the following:

John Cruz
4888 Preserve Place
Firestone, CO 80504
Jcruz369@gmail.com

/s/ *J. Scott Humphrey*
J. Scott Humphrey